UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Phillip Payne, *et. al.* ) <br> ) <br>     Plaintiff, ) <br> ) <br> *versus* ) <br> ) <br> United Energy Rentals, LLC, *et. al.*, ) <br> ) <br>     Defendant. ) <br> ) | Civil Action 4:16-cv-00341 |

### NOTICE OF RESOLUTION

The Plaintiff, Phillip Payne, through his undersigned counsel, files this Notice of Resolution under Local Rule 16.3 and states:

1. The parties have reached an agreement in principal to resolve this case.

2. The resolution concerns all claims and includes all parties.

3. The parties are preparing a written agreement and they expect to dismiss this action with prejudice on or before May 6, 2016.

4. The parties are in agreement that no further judicial labor is needed at this time.

5. Counsel for the Defendants has reviewed this Notice and consents to its filing.

Dated: 4/30/16                                     /s/ Dale James Morgado

                                                                     Dale J. Morgado, Esq.
                                                                       600 Third Ave, Second Floor
                                                                       New York, New York 10016
                                                                       Phone: (855) 899-9121
                                                                       Fax: (855) 499-9191
                                                                       Email: djm@morgado.us

                                                                       *Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I filed the foregoing using the Court's CM/ECF system, on the date signed below, which will provide service of said electronically filing to all the parties, and further that I have sent a copy of the foregoing filing by email counsel for the Defendants, as indicated in the Service List below:

Dated: 04/30/16                                        /s/ Dale James Morgado
                                                                   Dale J. Morgado, Esq.


## **SERVICE LIST**

Mark D. Temple
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002
Phone: (713) 469-3870
Fax: (713) 469-3899
Email: MTemple@reedsmith.com

Counsel for the Defendants