UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 12, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Phillip Payne, | § | |
| Plaintiff, | § | |
| versus | § | Civil Action H-16-341 |
| United Energy Rentals, LLC, et al., | § | |
| Defendants. | § | |

## Final Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on July 12, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge